FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 MAY 18 PM 3: 17

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

RODNEY COTTMAN

(Enter Above the Name of the Plaintiff in this Action)


vs.

CARESPRING INC.

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

JOHN MOLER CEO)
HEARTHER BILLEY ASST CEO
NURSE SANDY HEFTING
TINA ActiviES DR,)
TRACY LYKTE TERAPY
ON 3/16 DEFENDANT( ALL PLKAMIEFRAMTED HCS
COMPLAINT
Which could simply Nigger
IS MUSLIM

of Wo Ke
or Whatever

I. Parties to the action:

Plaintiff:   Place your name and address on the lines below. The address you give must be the address where
the court may contact you and mail documents to you. A telephone number is required.

Rodney Cottman

Name - Full Name Please – PRINT

2586 La Ouille Ave Cinati

Street Address


City, State and Zip Code

Cinati, OH, O 45211

Telephone Number  5134298674

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this
form.

**Defendant(s):**

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _John Muler CEO Indiangburg_
   Name/Full Name Please

   Address: Street, City, State and Zip Code
2. _3900 Babson Place 45422_

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. **Subject Matter Jurisdiction**

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On March 13 Plaintiff Jorey Colman was denied the Ballroom for an 12 hr slip by H.I.d Chunda and nurse Sandy at 7.8 pm until shift chang at 7pm that night until feces came out of mouth also on 3/16 Defendant were call as being "One of Tist of" which could mean "Nigger" "Monkey or whatever this is on a tape recorde Tearing at time defendant was ask to explan themself but refuse Also plaintiffs was classified as a terrorist and murrner by staff and resident Because of his Muslam believe

-3-

**IV. Previous lawsuits:**

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                              Caption

_____    _____ vs. _____

_____    _____ vs. _____

_____    _____ vs. _____


**V. Relief**

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


I state under penalty of perjury that the foregoing is true and correct.  Executed on

this _____ day of _____, 20____.


_____
Signature of Plaintiff


-4-