**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Rodney Cottman,

    Plaintiff,

                         Case No. 1:17cv170

    v.                  Judge Michael R. Barrett

Carespring, Inc., *et al.*,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: The Report and Recommendation (Doc. 13) is adopted; the Complaint (Doc. 5) is dismissed for lack of jurisdiction and for failure to state a claim upon which relief may be granted.

Date: November 1, 2017             Richard W. Nagel, Clerk
                                                Clerk

                                      By:     *S/Barbara A. Crum*
                                                Deputy Clerk